**Electronically Filed
Supreme Court
SCWC-24-0000828
25-JUN-2026
11:34 AM
Dkt. 14 ODAC**

SCWC-24-0000828

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

OWEN D. DOO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000828; CASE NO. 1PC051001262)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Drewyer, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on April 30, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 25, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Michelle L. Drewyer

